# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No.  11-cv-03359-LTB-MJW

PAMELA JOHNSON,

    Plaintiff,

v.

FIRSTSOURCE ADVANTAGE, LLC, a New York limited liability,

    Defendant.

_____

## ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Dismissal With Prejudice (Doc 4 - filed February 28, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                              BY THE COURT:

                                s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED:   February 29, 2012